NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**HTC CORPORATION, HTC AMERICA, INC.,**
*Appellees*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2020-1547

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01589.

———————————

**JUDGMENT**

———————————

JAMES ETHERIDGE, Etheridge Law Group, Southlake, TX, for appellant.  Also represented by BRIAN MATTHEW

KOIDE, RYAN S. LOVELESS, BRETT MANGRUM, JEFFREY A. STEPHENS.

TODD ERIC LANDIS, Williams Simons & Landis PLLC, Dallas, TX, for appellees. Also represented by FRED WILLIAMS, Austin, TX; JOHN WITTENZELLNER, Philadelphia, PA.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, WILLIAM LAMARCA, FARHEENA YASMEEN RASHEED.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>May 10, 2021</u>          <u>/s/ Peter R. Marksteiner</u>
    Date                    Peter R. Marksteiner
                            Clerk of Court